United States District Court
Western District Of New York



Lionell Nelson,
      Plaintiff

-vs-

Larry Gleason
Carleton Brink
Gary Belz,
      Defendants

Response To Defendants Declaration And Objections To Interrogatories

Relief Sought By Plaintiff

1:14-CV-00870-RJA-HBS

---

Lionell Nelson declares under penalty of perjury that the following is true and correct:

1. I am the Plaintiff in this Case Pro Se.

2. Plaintiff would like to address the issue of both Defendants Larry Gleason and Carleton Brink not making any attempt to respond to Interrogatories as the due date has passed.

3. Defendant's has requested that the Court extend their time to respond to Plaintiff's interrogatories by May 5TH, 2017, and it is now May 9TH, 2017

and Defendant's has yet to submit any further update in regards to a response.

4. Plaintiff ask that, Defendants counsel take into consideration and notice that Plaintiff is requesting to review the IG Report.

5. Plaintiff also would like to state for the record that he is still waiting on a response to his Request For Production of Documents, by all Defendants.

6. Plaintiff's line of questioning in his Interrogatories is to establish the fact that Defendant's has acted out of the scope of their duties at work as an Correctional Officer. Plaintiff has no intention on disclosing such answers to the politic. It's use is for this Court proceedings, which at very least should be allowed to be reviewed by this Court and Plaintiff. Alleged information of section Civil Rights Law protecting potential confidentiality of personnel records does not fall within scope of protection provided by federal right to privacy. Please See; Carpenter V. City of Plattsburgh 484 NYS.2d 284.

7. Plaintiff ask that Defendant's become more active and helpful in resolving the matters in this case. Relief Soughted.

8. Please be more considerate responding in good timely manner without a rush response denying all documents being requested. Relief soughted.

9. If Defendant's doesn't wish to engage any further in this case, please feel free to propose a settlement reasonable, so all parties involved time isn't wasted. Relief soughted.

Dated: May 9TH, 2017
       Dannemora, NY 12929

                                    Respectfully Submitted

                                    L. Nelson #10A2357
                                    Lionell Nelson, Pro Se

# Affidavit Of Service

State Of New York          1:14-CV-00870-RJA-HBS
County Of Clinton

I, Lionell Nelson, being first duly sworn, deposes and says under penalty of perjury that I am the Plaintiff herein, and that I have served a copy of Response To Defendants Declaration And Objections To Interrogatories / Relief Sought By Plaintiff, upon the Honorable Hugh B. Scott, Clerk Of The Court, and Defendant's counsel David J. Sleight AAG, by depositing sealed postpaid envelopes into the mail box here at Clinton Correctional Facility, Box 2001, Dannemora, NY 12929 for delivery to the United States Postal Services.

Dated: May 9TH, 2017
       Dannemora, NY 12929

Respectfully Submitted

L. Nelson #10A2357
Lionell Nelson, Pro Se

DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
**CLINTON CORRECTIONAL FACILITY**
P.O. BOX 2001
DANNEMORA, NEW YORK 12929

NAME: Lionell Nelson   DIN: 10A2357

Clinton
Correctional Facility

NEOPOST
05/10/2017
US POSTAGE $000.88⁰

FIRST-CLASS MAIL

ZIP 12929
041M11272305

USDC - WDNY
MAY 15 2017
BUFFALO

Clerk Of The Court, Western District
United States Courthouse
2 Niagara Square
Buffalo, NY 14202

LEGAL MAIL