

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

Eric T. Schneiderman
Attorney General

REGIONAL OFFICE DIVISION
Buffalo Regional Office

Telephone:  (716) 852-6274

May 18, 2017

Lionell Nelson (#10-A-2357)
Clinton Correctional Facility
1156 Rt. 374
P.O. Box 2001
Dannemora, New York 12929

      **RE:**    **Lionell Nelson v. Gleason, et al.**
              **Civil Action No:  14-CV-00870-RJA-HBS**

Dear Mr. Nelson:

    Enclosed please find Defendants' supplemental response to Plaintiff's request for production No. 3: logbooks.

                                    Very truly yours,

                                    *s/ David J. Sleight*
                                    DAVID J. SLEIGHT
                                    Assistant Attorney General

DJS/rmp
Enc.