Clerk Of The Court  
United States District Court  
Western District Of New York  

Lionell Nelson #10A2357  
Elmira Corr. Facility  
PO Box 500  
Elmira NY 14902  
9-7-17  

RE: Nelson V. Gleason  
1:14-CV-00870A-RJA-HBS  
Motion To Enforce Court Order  

Greetings,

    I am writing in regards to asking that this Court enforces the defendants to provide a date that would allow the plaintiff to review Inspector General's file IAD-11-1506 please. This is in Pursuant to the Court's recent Decision and Order on plaintiff Discovery Motions. As this Court knows that Discovery was to be completed by 8-18-17, I received notice from David J. Sleight, AAG saying a OSI Investigator will be in contact with me shortly please see copy of notice enclosed. Plaintiff has not heard from neither parties since the notice dated enclosed. Plaintiff has reached out to both parties in seperate letters recently as well.

Respectfully Submitted

L. Nelson

CC. File  
   David J. Sleight, AAG  
   Thomas Todd, OSI



STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

Eric T. Schneiderman
Attorney General

REGIONAL OFFICE DIVISION
Buffalo Regional Office

Telephone: (716) 852-6274

July 20, 2017

Lionell Nelson (#10-A-2357)
Elmira Correctional Facility
1879 Davis St
P.O. Box 500
Elmira, New York 14901-0500

**RE:   <u>Lionell Nelson v. Gleason, et al.</u>
         Civil Action No: 14-CV-00870-RJA-HBS**

Dear Mr. Nelson:

     Pursuant to the Court's recent Decision and Order on your discovery motions, this letter will serve to advise you that I have been in contact with DOCCS Office of Special Investigations ("OSI") to arrange for a controlled review of Inspector General's file IAD-11-1506. As I previously advised, DOCCS does not permit inmates to have copies of OSI files; however, DOCCS does permit inmates to conduct controlled reviews of OSI files in the presence of an OSI investigator. During the controlled review, you will be able to take notes, but you will not be permitted to make any copies.

     OSI Investigator Thomas Todd will be contacting your facility shortly to make arrangements for your controlled review.

Very truly yours,

DAVID J. SLEIGHT
Assistant Attorney General

DJS/rmp

**ELMIRA CORRECTIONAL FACILITY**
P.O. BOX 500
ELMIRA, NEW YORK 14902-0500

NAME: Lionell Nelson     DIN: 10A2357

*[Stamp: U.S.D.C. - WDNY, SEP 11 2017, BUFFALO]*

*[Stamp: ELMIRA CORRECTIONAL FACILITY]*

*[Postage: Elmira Correctional Facility; neopost 09/07/2017 US POSTAGE $000.46⁰; FIRST-CLASS MAIL; ZIP 14901; 041L11251115]*

Clerk Of The Court
United States Courthouse
Western District Of New York
Buffalo, NY 14202

*[Stamp: E.C.F. LAW LIBRARY PRIVILEGED LEGAL MATERIALS]*

1420249999